Denney & Co., appellant, v. Illinois Central Railroad Company, appellee. Gen. No. 32,562.

Opinion filed December 19, 1928. Rehearing denied January 2, 1929.

O'Connell, McGlinn & O'Gallagher and J. V. DeLaney, for appellant; J. V. DeLaney, Leo N. McGlinn, Kieran P. O'Gallagher and Leo P. Quinn, of counsel. Fred H. Montgomery and Herbert J. Deany, for appellee; Vernon W. Foster, of counsel.

Mr. Justice Ryner delivered the opinion of the court.